**674 MALNAR vs. CIRCUIT JUDGE** (Keeweenaw), No. 14304½.

To vacate an order setting aside a default, in a log lien case, and directing plaintiff to furnish a bill of particulars.

Order to show cause denied July 17, 1894.

Defendant had demanded a bill of particulars, but plaintiff did not furnish same, but defaulted defendant for want of plea, insisting that plaintiff was not required to furnish a bill of particulars in such case.

Mason vs. School Dist., 34 M., 228; Demars vs. Conrad, 73 M.. 152; Hamilton vs. Circuit Judge, 84 M., 395 (330).